*United States v. Gerace*, 997 F.2d 1293, 1295 (9th Cir.1993).

**DISMISSED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jaime GARCIA–CHAVEZ, Defendant—
Appellant.**

**No. 01–50193.**

**D.C. No. CR–00–01666–JTM.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 25, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jaime Garcia–Chavez appeals the judgment of conviction and 37–month sentence following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Garcia–Chavez contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Garcia–Chavez had sustained a prior aggravated felony conviction. He also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense). These arguments are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.), *cert. denied*, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001). Accordingly, the district court's judgment is

**AFFIRMED.**

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

